UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:25-MJ-1194-KS
VIOLATION NO. EC62-E1682618

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| ABIGAIL R. SMITH | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to accept the forfeiture of collateral, close this matter as fully satisfied, and dismiss the arrest warrant against Defendant in the above-entitled matter.

For good cause shown, the Court hereby GRANTS the government's motion and ORDERS the Clerk to close the matter as fully satisfied and to STRIKE the warrant in the above-captioned case as the forfeiture of collateral was paid in full.

So ORDERED, this 29th day of April 2026.

_____
KIMBERLY A. SWANK
United States Magistrate Judge